# LOIZIDES, P.A.

*The Law Office of Christopher D. Loizides*

Christopher D. Loizides
*Admitted in DE, PA, NJ, NY and DC*

**Legal Arts Building**
1225 King Street, Suite 800
Wilmington, DE  19801
*TEL: 302-654-0248*
*FAX: 302-654-0728*
www.loizides.com

*Direct Dial:*
302-691-0575
loizides@loizides.com

September 2, 2015

**<u>VIA HAND DELIVERY</u>**

Mr. John A. Cerino
Clerk
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE  19801

    Re:    <u>Omar M. Olivier v. Univita Health, Inc. and Univita of Florida, Inc.</u>, DE Dist. Ct. C.A. No. 15-cv-671 (LPS)

           <u>In re Univita Health, Inc.</u>, DE Bankr. Ct. Case No. 15-11788 (MFW)
           <u>In re Univita of Florida, Inc.</u>, DE Bankr. Ct. Case No. 15-11791 (MFW)

Dear Mr. Cerino:

    I represent plaintiff Omar M. Olivier in the above-captioned civil action against defendants Univita Health, Inc. and Univita of Florida, Inc.  After the civil action was filed in this Court, defendants filed chapter 7 petitions with the Delaware Bankruptcy Court.

    Pursuant to the Amended Standing Order of Reference of this Court dated February 29, 2012, all bankruptcy-related matters are to be automatically referred to the Bankruptcy Court.  As the Univita bankruptcy cases have not been procedurally consolidated, plaintiff requests that this matter be referred to the bankruptcy case of the first defendant, Univita Health, Inc. at DE Bankr. Ct. Case No. 15-11788 (MFW).

John A. Cerino, District Court Clerk
September 2, 2015
Page 2

      Please do not hesitate to contact me with any questions or concerns. Thank you.

      Respectfully,

      /s/ Christopher D. Loizides

      Christopher D. Loizides (Bar No. 3968)

CDL:

cc:    Hon. Leonard P. Stark, Chief Judge (via hand)
      Hon. Mary F. Walrath, Judge (via hand)
      David Carickhoff, Esq., Chapter 7 Trustee (via email)
      Michael Nestor, Esq., Counsel to Debtors (via email)
      Jack A. Raisner, Esq., Counsel to Plaintiff (via email)