IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OMAR M. OLIVIER on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>UNIVITA HEALTH, INC. and UNIVITA OF FLORIDA, INC.<br><br>      Defendants. | C.A. NO. 15-cv-00671-LPS |

## ORDER

Upon consideration of Plaintiff's September 2, 2015 letter filed with Court requesting referral of the above-caption matter to the Delaware Bankruptcy Court (D.I. 3) and the Plaintiff's October 5, 2015 Status Report; no objection or response having been received from Defendants and being otherwise fully informed in the premises; NOW THEREFORE,

IT IS HEREBY ORDERED that the above-captioned matter is referred to the Delaware Bankruptcy Court where the Defendants' bankruptcy cases are pending (Bankr. Case No. 15-11786 (MFW)).

DATED: October 6, 2015

                      _____
                      Honorable Leonard P. Stark
                      Chief Judge, United States District Court